UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| R. A. PEARSON COMPANY, d/b/a PEARSON PACKAGING SYSTEMS,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>PEARPACK, INC., f/k/a PEARSON PACKAGING SOLUTIONS, INC.,<br><br>　　　　Defendant. | No. 2:14-cv-00240-SAB<br><br><br><br><br>**ORDER DISMISSING CASE** |

　　　In response to the Court's Order to Show Cause, Plaintiff filed a Notice of Dismissal With Prejudice, ECF No. 9. Plaintiff indicates that pursuant to Fed. R. Civ. P. 42, it is dismissing the above-captioned case with prejudice.

　　　Accordingly, **IT IS HEREBY ORDERED:**

　　　1. The above-captioned action is **dismissed** with prejudice.

　　　2. The District Court Executive is directed to **close** the file.

///
///
///
///
///

**ORDER DISMISSING CASE** ~ 1

1  **IT IS SO ORDERED.** The District Court Executive is hereby directed to
2  file this Order and provide copies to counsel.
3  **DATED** this 1st day of July, 2015.



                        Stanley A. Bastian
                   United States District Judge

**ORDER DISMISSING CASE** ~ 2